UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

LUCIENA S. GRANT-FLETCHER

      Plaintiff,

V.                                                    CIVIL ACTION NO

UNITED RECOVERY SYSTEMS, LP

Defendant.                                        JULY 25, 2011

### COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Columbia, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant is a domestic limited liability company engaged in the business of collecting debts in the State of Maryland with a principal place of business located 5800 NORTH COURSE DR., HOUSTON, TX 77072-0000 and is authorized to

do business in Maryland. The principal purpose of Defendant business is the collection of debts and Defendant regularly attempts to collect debts alleged to be due another.

8. Defendant communicated with Plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

9. The Plaintiff contacted the Defendant via telephone on or about July 21, 2011, in response to the Defendants prior communications, attempting to collect a debt.

10. The Defendant is attempting to collect in inaccurate amount of debt from the Plaintiff.

11. The Plaintiff advised the Defendant that based on the original creditor collection letters the amount the Defendant is collecting is not accurate.

12. The Defendant advised the Plaintiff that her dispute will have no effect on this account.

13. Defendant advised the Plaintiff that is would not report her dispute to the credit bureaus.

14. Based on information and belief the Defendant reports this debt to the credit bureaus and is required if advised that the account is disputed to report the consumer debtors dispute to the credit bureaus pursuant to §1692e (8).

15. The Defendants statements were false, deceptive and misleading in violation of §1692e.

16. The Defendant does not maintain procedures in place adequately designed to avoid the violation(s) of the FDCPA.

17. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e and f.


SECOND COUNT:

 18. The allegations of the First Count are repeated and realleged as if fully set forth herein.

 19. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code <u>Commercial Law</u> Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

  20. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to MDCDCA.

3. Award the plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

        THE PLAINTIFF

        BY/S/Bernard T. Kennedy
        Bernard T. Kennedy, Esquire
        The Kennedy Law Firm
        P.O. Box 657
        Edgewater, MD 21037
        Ph   (443) 607-8901
        Fax (443) 607-8903
        Fed. Bar # Md26843
        bernardtkennedy@yahoo.com